JANET CALLAGHAN, Appellant, v W. ROBERT CURTIS et al., Respondents. [918 NYS2d 379]—

"[A] trial court is given broad discretion to oversee the discovery process" (*Castillo v Henry Schein, Inc.*, 259 AD2d 651, 652 [1999]). Here, the plaintiff clearly violated a prior order of the Supreme Court by failing to bring certain documents to her deposition. Her attorney also made extensive "speaking objections" during the deposition, and the plaintiff herself repeatedly refused to answer clear questions. We conclude that the Supreme Court providently exercised its discretion, upon the defendants' motion pursuant to CPLR 3126 to strike her reply to their counterclaims, by, inter alia, precluding the plaintiff from offering any documents at trial (*see e.g. O'Neill v Ho*, 28 AD3d 626, 627 [2006]).

The plaintiff's remaining contentions are without merit. Dillon, J.P., Dickerson, Hall and Roman, JJ., concur.